Ruffin, C. J.
 

 The Court concurs in the opinion of his Honor. An attachment may be served in the hands of any person indebted to the defendant or having any of his effects. But this interest of Mrs. Screws in the hands of her sister’s administrator, is not a debt to the defendant, her husband, but belongs to him and her in her right. It cannot become his, but by reducing it into possession. Regarding this interest as a debt, there is, then, an inconsistency in attaching it as a debt to the husband ; since, which outstanding, it cannot legally be his. He might, indeed, release the demand, or assign it in Equity; but unless he collects the money or disposes of the interest, the right of the wife continues and would survive to her or her representative. He could not recover it in his own name; and it follows, that it cannot be attached as a debt to him. Process operates only upon such interests of the debtor as exist at the time it is served, and not on such as may afterwards arise.
 
 Gentry
 
 v.
 
 Wagstaff, 3
 
 Dev.
 
 270. Flynn
 
 v.
 
 Williams,
 
 1 Ired.
 
 509.
 

 Per Curiam. Judgment affirmed.